NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1106

UNITED STATES,

Plaintiff-Appellee,

v.

MARTHA MATTHEWS (also known as Martha O'Grady),
NORTH STAR METALS, LLC, DANIEL MCGUIRE,
and MCGUIRE STEEL ERECTION CORP.,

Defendants/Third-Party
Plaintiffs-Appellants,

v.

TAE BAK RESOURCES CO., LTD.
and HAESUNG CORP.,

Third-Party Defendants-
Appellees.

Stephen C. Tosini, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for plaintiff-appellee. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel was Kevin M. Green, Assistant Chief Counsel, United States Customs and Border Protection, of New Orleans, Louisiana.

Lawrence W. Hanson, The Law Office of Lawrence W. Hanson, P.C., of Houston, Texas, argued for defendants/third-party plaintiffs-appellants.

Appealed from: United States Court of International Trade

Judge Evan J. Wallach

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1106

UNITED STATES,

Plaintiff-Appellee,

v.

MARTHA MATTHEWS (also known as Martha O'Grady),
NORTH STAR METALS, LLC, DANIEL MCGUIRE,
and MCGUIRE STEEL ERECTION CORP.,

Defendants/Third-Party Plaintiffs-
Appellants,

v.

TAE BAK RESOURCES CO., LTD.
and HAESUNG CORP.,

Third-Party Defendants-
Appellees.

# Judgment

ON APPEAL from the      United States Court of International Trade

in CASE NO(S).          04-00162

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER, and PROST).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>July 22, 2009</u>          <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk